## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

JACK GOODJOINT #627939                    CASE NO. 1:17-CV-00141 SEC P

VERSUS                                    JUDGE TRIMBLE

LASALLE CORRECTIONS CORP ET       MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___12th____ day of ____April_____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge